**Order entered July 22, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00501-CV

### IN THE INTEREST OF A.H.J., A.H. AND A.H., CHILDREN

**On Appeal from the County Court At Law No. 1**
**Kaufman County, Texas**
**Trial Court Cause No. 87976CC**

## ORDER

Appellee's motion to exceed word limit on its appellate brief is **GRANTED**. Appellee's

brief received on July 7, 2015 is deemed timely filed as of the date of this order.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE